IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

SEBASTIAN NEGRON TORRES

DEBTOR(S)

CASE NO. 21-03391-ESL

CHAPTER 13

## NOTICE OF WITHDRAWAL
Trustee's Objetion to Claim 01filed by Roberto Lopez Gonzalez

**TO THE HONORABLE COURT:**

Comes now Alejandro Oliveras Rivera, Chapter 13 Trustee and very respectfully states and prays:

1. In the present case, the Trustee filed a/an Trustee's Objetion to Claim 01filed by Roberto Lopez Gonzalez (docket#12) on 01/10/2022.

2. Trustee hereby withdraws the above mentioned document.

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which sends a notification of such filing to all those who in this case have registered for receipt of notice by electronic mail. I further certify that the foregoing has been served to the U.S. Trustee at ustpregion21.hr.ecf@usdoj.gov and by depositing true and correct copies thereof in the United States Mail, postage prepaid to debtor(s) at the address of record.

**RESPECTFULLY SUBMITTED** in San Juan, Puerto Rico this, 1/10/2022.

/s/ ALEJANDRO OLIVERAS RIVERA
ALEJANDRO OLIVERAS RIVERA
STANDING CHAPTER 13 TRUSTEE
PO BOX 9024062
SAN JUAN PR 00902-4062
TEL. (787)977-3500 FAX (787)977-3521
CAD-OL

| 21-03391-ESL | CERTIFICATE OF MAILING |
|---|---|

The undersigned hereby certifies that a true copy of the foregoing document was mailed by first class mail or electronically sent to the parties listed below:

VICTOR THOMAS SANTIAGO*
127 AVE DE DIEGO STE 1A
SAN JUAN, PR  00911 -1909

SEBASTIAN NEGRON TORRES
658 AVE MIRAMAR 901
SAN JUAN, PR  00907

DATED:   1/10/2022

/s/ Olga L Lopez
OFFICE OF THE CHAPTER 13 TRUSTEE

Page 1 of 1      - CASE NO 21-03391-ESL