IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In the Matter Of:<br><br>SEBASTIAN NEGRON TORRES<br>SSN: xxx-xx-1010<br><br>Debtor | Case No. 21-03391 (ESL)<br><br>Chapter 13 |

NOTICE OF WITHDRAWAL OF MOTION TO DISMISS

TO THE HONORABLE COURT:

COMES NOW, creditor POPULAR AUTO LLC, represented by the undersigned attorney and very respectfully states and prays as follows:

1. On January 4th 2022, appearing creditor filed a "Motion to Dismiss Under §1307(c)(4)" at docket no. 11. Said motion was filed because debtor failed to commence making payments to the chapter 13 trustee as provided in his chapter 13 plan.

2. Debtor cured the arrears owed to the trustee. In light of the above-stated, appearing creditor wishes to withdraw its Motion to Dismiss.

WHEREFORE, creditor POPULAR AUTO LLC, respectfully requests this Honorable Court to take notice of the withdrawal of its Motion to Dismiss.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY: That on January 24th 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Victor Thomas Santiago, Esq., Attorney for debtor; Mr. Alejandro Oliveras Rivera, Esq., Chapter 13 Trustee; and I hereby certify that I have mailed by the United States

Notice of Withdrawal of Motion to …
Case No. 21-03391 (ESL)
By: Popular Auto
January 24, 2022
Page No. 2

Postal Service the document to the following non CM/ECF participants: Mr. Sebastian Negron Torres, Debtor, 658 Ave. Miramar 901, San Juan, P.R. 00907.

Respectfully submitted in San Juan, Puerto Rico, this 24th day of January, 2022.

**s/ EDGAR A. VEGA RIVERA**
EDGAR A. VEGA RIVERA, ESQ.
USDC- PR 212210
Attorney for Popular Auto LLC
Consumer Bankruptcy Department
PO Box 366818
San Juan, Puerto Rico 00936-6818
Tel. (787) 753-7849; Fax. (787) 751-7827
E-mail: edgar.vega@popular.com