IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

SEBASTIAN NEGRON TORRES

xx-xx-1010

        Debtor(s)

CASE NO. 21-03391-ESL13
Chapter 13

FILED & ENTERED ON FEB/15/2022

ORDER

    Trustee's Objection to Claim #1 filed by Roberto Lopez Gonzalez (Docket Entry #13), having been duly notified to all parties in interest, and no timely replies or objections having been filed, it is now

    ORDERED that said motion be and it is hereby granted. Proof of claim number 1 is allowed as a general unsecured claim for the amount filed.

    IT IS SO ORDERED.

    In San Juan, Puerto Rico, this 15 day of February, 2022.

*/s/ Enrique S. Lamoutte*
Enrique S. Lamoutte
United States Bankruptcy Judge