IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>SEBASTIAN NEGRON TORRES<br><br><br>xx-xx-1010<br><br><br>Debtor(s) | CASE NO. 21-03391-ESL13<br>Chapter 13<br><br><br><br><br><br>FILED & ENTERED ON FEB/15/2022 |

ORDER

    Debtor's Objection to Claim #2 filed by the Department of Treasury (Docket Entry #15), having been duly notified to all parties in interest, and no timely replies or objections having been filed, it is now

    ORDERED that said motion be and it is hereby granted. Proof of claim number 2 is allowed as a general unsecured claim for the amount filed.

    IT IS SO ORDERED.

    In San Juan, Puerto Rico, this 15 day of February, 2022.

*Enrique S. Lamoutte*
United States Bankruptcy Judge