# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO.: 21-03391-ESL |
| SEBASTIAN NEGRON TORRES | CHAPTER 13 |
| DEBTOR | |

## MOTION IN COMPLIANCE WITH ORDER

**TO THE HONORABLE COURT:**

**COMES NOW, DEBTOR,** represented by the undersigned attorney, and very respectfully **ALLEGES, STATES** and **PRAYS:**

1. On February 10, 2022, creditor Roberto Lopez Gonzalez filed a motion requesting that the Debtor provide him with evidence of income 6 months prior to the bankruptcy, bank statements, tax returns and/or any other documentation used for preparation of this bankruptcy case and routinely submitted to the Trustee.

2. On February 11, 2022, this Honorable Court ordered that the Debtor comply with creditor's request within 14 days in conformity with 11 U.S.C 521(g)(2) and 521€(2)(A)(ii) and 521(e)(2)(c).

3. After careful analysis of this Honorable Court's Order and the sections and subsections of the Bankruptcy Code cited by the Court, the Debtor through the undersigned wants to inform that dated February 25, 2022, creditor Roberto Lopez Gonzalez personally picked up in the undersigned office, copy of the Puerto Rico tax return for the year 2020.

Motion to compliance with order

**WHEREFORE,** it is respectfully request from this Honorable Court to take notice of Debtor's compliance with this Honorable Court's order.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY:** that on this same date, I electronically filed the above document with the Clerk of the Court using the CM/ECF Filing System which sends notification of such filing to all those who is this case have registered for received for of notice by electronic mail. I further certify that the foregoing has been served to U.S. Trustee at ustpregion21.hrecf@usdoj.gov and by depositing true and correct copies thereof in the United States Mail, postage prepaid, to the non ECF/CM participants: Debtor(s) and parties in interest that have filed notices of appearance, included in the service list attached to the original hereof.

**RESPECTFULLY SUBMITTED,**

In San Juan, Puerto Rico, this 28th day of February 2022.

/S/Víctor C. Thomas Santiago
**Thomas& Magriñá Law Offices**
*USDC PR # 209807*
127 De Diego Avenue,
Cond. Vallecillo Apt. 1-A
San Juan, Puerto Rico 00911
Tel. (787) 722-5601 Fax (787) 724-6366
E-mail: vthomas@thomasmag.com