RECEIVED AND FILED - SJ-PR
USBC '22 MAR 24 AM 9:14

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE<br>SEBASTIAN NEGRON TORRES<br>Debtor | BANKRUPTCY 21-03391 ESL<br><br>CHAPTER 13 |

### CREDITOR'S JOINDER TO TRUSTEE'S MOTION TO DISMISS

TO THE HONORABLE COURT:

COMES NOW creditor Roberto López González on his own behalf and prays as follows:

1. This case was filed on November 16, 2021 and the §341 meeting of creditors was originally scheduled for December 22, 2021, almost going on 4 months without a §341 meeting, and 5 months since the filing of the case.
2. We join Trustee in his motion to dismiss and also pray for the dismissal of the case for delay prejudicial to creditors.
3. Since the first meeting date, debtor has continually sought continuances allegedly for lack of his Social Security card, which logically we believe should have been secured prior to filing this bankruptcy petition.
4. The creditor's meetings have now been re-scheduled on 6 different dates, most of the continuances have been filed on the same date of the continued §341 meeting, the most recent on March 8, 2022 at 9:20 a.m.
5. This creditor receives no prior notice that the meetings will be suspended until after we attempt to appear telephonically to the meeting, at times finding a trustee representative on line and others no response to dialing into the meeting. Counsel for debtor should call the only creditor that has appeared at the meetings to inform that the meeting has been suspended.
6. Even the simple delivery of basic §521 documentation has been complicated by this debtor in requiring several trips to the office of counsel for debtor without the satisfactory delivery of the requested and ordered documentation in addition to adding delay to this creditor and delay to creditors generally in even being able to examine the debtor at timely §341 meeting and with the cooperation and delivery of the repeatedly requested §521 documents.
7. This creditor's additional effort has delayed him unnecessarily and prejudicially.

**We pray** that the Court dismiss debtor's case for the reasons cited by the Trustee at doc #44 and for prejudicial delay to creditors.

We will mail our motion to the creditors not participants in CmEcf electronic noticing and certify such upon mailing pursuant to the Court's Matrix. We will also file our motion with emergencyfilings@prb.uscourts.gov and hand deliver to the Court on Thursday, March 24, 2022.

March 21, 2022.

Roberto López González
PO Box 361582
San Juan Puerto Rico 00936
787-387-4646
brisas97@yahoo.com