IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NO. 21-03391-ESL13 |
| SEBASTIAN NEGRON TORRES | Chapter 13 |
| xx-xx-1010 | |
| Debtor | FILED & ENTERED ON APR/18/2022 |

ORDER DISMISSING CASE

The motion to dismiss filed by the chapter 13 trustee (Docket #44), having been duly notified to all parties in interest, and no replies having been filed, it is now

ORDERED that the instant case be and is hereby dismissed for the reasons stated in the motion to dismiss; and it is further

ORDERED that the Clerk closes any contested matter or adversary proceeding pending in the instant case. See also docket numbers #46, #47 and #48. The hearing scheduled for June 8, 2022 is vacated and set aside.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 18 day of April, 2022.

Enrique S. Lamoutte
United States Bankruptcy Judge